IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit or J.A. Gonsalves & Son Construction, Inc.; and J.A. Gonsalves & Son Construction, Inc. <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al., <br><br> Defendants. | No. C 05-00483 CRB <br><br> **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

This is an action for recovery of amounts due on a Miler Act Payment Bond, and supplemental state law claims arising out of plaintiff J.A. Gonsalves & Son Construction, Inc.'s ("JAG") provision of labor and supplies. Now pending before the Court is JAG's motion for a default judgment against defendant Mass Ex Construction Company. After carefully considering JAG's motion for a default judgment, and the evidence submitted in support of the motion, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and GRANTS the motion for a default judgment in the total amount of $49,912.13.

### DISCUSSION

JAG entered into an oral subcontract with Mass Ex Construction Company ("Mass Ex") to provide aggregate base and asphalt concrete for a recreation trail on a federal flood

1  control project in Napa, California.  JAG's evidence demonstrates that although Mass Ex was
2  paid in full for the work performed by JAG, Mass Ex did not pay JAG.  After this lawsuit
3  was filed, Mass ex paid JAG some of the monies owed, namely, $130,334.75.  Also, JAG has
4  received some monies on the Miller Act bond.

5      As of the date of the filing of JAG's motion for a default judgment, JAG is still owed
6  a total of $49,912.13.  This amount includes unpaid principle, interest at 10 percent per
7  annum, prompt payment penalties of two percent per annum, and attorneys' fees and costs
8  pursuant to Business and Professions Code section 7108.5.

9      As Mass Ex has not answered the complaint, as its default was entered in April 2005,
10 and has JAG has proved that Mass Ex owes it a sum certain, JAG's motion for a total
11 judgment in the total amount of $49,912.13 is GRANTED.

12 **IT IS SO ORDERED.**

Dated: November 15, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE