IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit or J.A. Gonsalves & Son Construction, Inc.; and J.A. Gonsalves & Son Construction, Inc.<br><br>       Plaintiffs,<br><br>   v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al.,<br><br>       Defendants. | No. C 05-00483 CRB<br><br>**ORDER** |

In a case management conference statement filed on September 2, 2005, cross-claimant Travelers Casualty and Surety Company of America ("Travelers") advised the Court that it would take appropriate action against the parties who had defaulted "within 45 days." As of the date of this Order, Travelers has not taken any action, and Travelers' claims against the defaulting parties are the only claims remaining in this action. Accordingly, Travelers is ordered to file motions for default against all remaining parties, or voluntary dismissals of the remaining parties, on or before November 22, 2005.

**IT IS SO ORDERED.**

Dated: November 15, 2005

　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0483\travelersorder.wpd