**EILEEN M. DIEPENBROCK #119254**
**CHRIS A. MCCANDLESS #210085**
**DIEPENBROCK HARRISON**
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA  95814
(916) 492-5000
(916) 446-4535 (fax)

Attorneys for Defendant/Cross-Complainant
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of J.A. GONSALVES & SON CONSTRUCTION, INC; and J.A. GONSALVES & SON CONSTRUCTION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; MASS EX CONSTRUCTION CO.; and SURETY COMPANY OF THE PACIFIC, <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS. | Case No. C-05-00483 CRB <br><br> <u>ORDER</u> <br> ~~REQUEST~~ FOR DISMISSAL |

To the CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA hereby requests that its cross-complaint in the above entitled-action be dismissed without

-1-
REQUEST FOR DISMISSAL
I:\CAM\Gateway\Gonsalves\Req.Dismissal.doc

1  prejudice as against defendants MASS EX CONSTRUCTION CO., a California
2  corporation, ARMANDO QUESADA; MARIA QUESADA; ROBERT G. CADOS; and
3  MEGAN M. CADOS.

4  Dated:  November 16, 2005.                    DIEPENBROCK HARRISON

6                                                /s/ Chris A. McCandless
                                                 CHRIS A. MCCANDLESS
7                                                Attorneys for Defendant/Cross-Complainant
                                                 TRAVELERS CASUALTY AND SURETY
8                                                COMPANY OF AMERICA

10  Nov. 21, 2005

**APPROVED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA